Eugene P. Ramirez, State Bar No. 134865
Andrea M. Travis, State Bar No. 207838
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Email: epr@mmker.com/amt@mmker.com

Attorneys for Defendants,
COUNTY OF LOS ANGELES, TOAN DUONG (erroneously sued as TRONG DOUNG) JOHN O'BRIEN, JOHN GANARIAL and COREY WALKER, (erroneously sued as CORY WALKER)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO REA,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, TRONG DOUNG, SERGEANT MESHACK, JOHN O'BRIEN, DETECTIVE TRUJILLO, JOHN GANARIAL, COREY WALKER, SERGEANT WISE, SERGEANT P. HAHN and Does 1 through 20,<br><br>        Defendants. | Case No.: CV-08-05814 RGK (FFMx)<br><br>[Honorable R. Gary Klausner]<br><br>**[PROPOSED] JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

On January 22, 2010, Defendants COUNTY OF LOS ANGELES, TOAN DUONG, JOHN O'BRIEN, JOHN GANARIAL and COREY WALKER ("Defendants") filed a Motion for Summary Judgment before the Honorable Judge R. Gary Klausner, in Courtroom 850 of the United States District Court, Central District of California.

On March 3, 2010, the Court issued a written order granting the Motion for Summary Judgment in favor of Defendants and against plaintiff ARMANDO REA, as to all claims in the Complaint.

///

IT IS ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Summary Judgment is granted, that judgment is entered in favor of Defendants COUNTY OF LOS ANGELES, TOAN DUONG, JOHN O'BRIEN, JOHN GANARIAL and COREY WALKER, and that plaintiff ARMANDO REA recover nothing from Defendants. Defendants shall recover reasonable costs.

Dated: March 5, 2010                    By: _____
                                            UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Proposed Judgment.001.wpd